# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

In re:

    **Nicholas W. Stanzione and**
    **Regina C. Stanzione,**                                                         Chapter 13 Case
               **Debtors.**                                                                   # 07-10163

_____

**Nicholas W. & Regina C. Stanzione and**
**Jan M. Sensenich, Chapter 13 Trustee,**
             **Plaintiffs,**                                                                    Adversary Proceeding
    v.                                                                                              # 07-1011
**Bank of America, N.A.,**
             **Defendant.**

_____

| *Appearances:* | Gleb Glinka, Esq. | Jan M. Sensenich | David Dunn, Esq. |
|---|---|---|---|
| | *Cabot, VT* | *White River Junction, VT* | *Brattleboro, VT* |
| | *Plaintiffs' Attorney* | *Trustee,* Pro Se | *Defendant's Attorney* |

## ORDER
## Granting Defendant's Motion for Summary Judgment and
## Denying Plaintiffs' Cross-Motion for Summary Judgment

For the reasons set forth in the Memorandum of Decision of even date,

IT IS HEREBY ORDERED that the Defendant's motion for summary judgment is granted;

IT IS FURTHER ORDERED that the Defendant's request for attorney's fees and costs is denied; and

IT IS FURTHER ORDERED that the Plaintiffs' cross-motion for summary judgment is denied.

**SO ORDERED.**

September 24, 2007                                                                           _____
Rutland, Vermont                                                                             Colleen A. Brown
                                                                                 United States Bankruptcy Judge

Filed & Entered
On Docket
September 24, 2007